Mary Ann SMITH, Plaintiff–Appellant,

v.

Larry G. MASSANARI, Acting Commissioner of Social Security Administration, Defendant–Appellee.

No. 01–1051.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2001.

Decided June 29, 2001.

Charles D. Bennett, Jr., Roanoke, VA, for appellant. James A. Winn, Regional Chief, Thomas C. Buchanan, Supervisory Regional, Robert W. Flynn, Assistant Regional, Office of General, Social Security Administration, Philadelphia, PA; Robert P. Crouch, Jr., United States Attorney, Julie C. Dudley, Assistant United States Attorney, Roanoke, VA, for appellee.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

Mary Ann Smith appeals the magistrate judge's order upholding the administrative law judge's denial of Social Security disability benefits.* We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. *Smith v. Massanari*, No. CA–00–77–7 (W.D.Va. Oct. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1993 & Supp.2000).